IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | Cause No. 3:17-Cr-103M<br>ECF |
| BRADLEY J. HARRIS (01) | § | |

## ORDER

This Court has considered the motion of Defendant Bradley Harris for permission to travel between Chicago, Illinois/Western Indiana and Texas to accept a temporary contract position in "Interim Management and Project Staffing" offered to him by Robert Half Management Resources and then to perform there the duties of that position; and after due consideration of the motion and the grounds presented, as well of the purpose of the travel to facilitate compliance with a condition of the Defendant's release, that is, to seek and maintain gainful employment, the motion is GRANTED. It is accordingly ORDERED that the Defendant's conditions of release are amended to authorize travel between Chicago, Illinois/Western Indiana and the Northern and Eastern Districts of Texas to accept the contract employment position with Robert Half Management Resources and for the duration of that contract employment, with notice of all travel dates to be provided in advance to the Defendant's pretrial services officer.

12-14-17
DATE

BARBARA M. G. LYNN, CHIEF JUDGE