IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:17-CR-103-M |
| BRADLEY J. HARRIS, et al. | |

## GOVERNMENT'S THIRD STATUS REPORT

The government makes its third status report in the above-captioned matter to inform the Court of the following:

1. <u>Privilege Log Deadline</u>: The parties have agreed to a new privilege log deadline pursuant to this Court's August 28, 2017, Rule 502(d) Order.  **The new privilege log deadline is March 16, 2018**.[1]

2. <u>Discovery Issues Resolved</u>: The Court instructed the government during a telephonic conference on November 29, 2017, to resolve electronic discovery issues raised by counsel for third-party Novus and defendant Bradley Harris.[2]  The government subsequently provided additional instructions to all of the parties via email, with which Novus and Bradley Harris were able to successfully resolve their discovery issues.

---

[1] Counsel for the following defendants and third parties agreed to the new deadline: Novus, Bradley Harris (01), Melanie Murphey (03), Patricia Armstrong (04), Laila Hirjee (06), Syed Aziz (07), Charles Leach (09), Jessica Love (10), Ali Rizvi (11), Tammie Little (12), Taryn Stuart (14), Slade Brown (15), and Samuel Anderson (16).  Counsel for Amy Harris (02), Mark Gibbs (05), Rezuiddin Siddique (08), and Mary Jaclyn Panell (13) did not respond to indicate whether they were opposed.

[2] Novus informed the government on November 21, 2017, that it was having difficulty accessing certain email ".PST" files.  Bradley Harris's attorney informed the government and the Court during the November 29, 2017, telephonic conference that Harris's third-party vendor was unable to access certain electronic device images.

3. <u>No further discovery issues</u>: The parties engaged in a conference call on December 6, 2017, and a follow-up call on January 3, 2018, to discuss any outstanding discovery issues. Other than the then-existing (and ultimately resolved) issues presented by Novus and Bradley Harris, the parties did not present any additional issues with discovery.

> ERIN NEALY COX
> UNITED STATES ATTORNEY
>
> /s/ *Russell W. Fusco*
> RUSSELL W. FUSCO
> Assistant United States Attorney
> Texas State Bar No. 24069743
> 1100 Commerce Street, Third Floor
> Dallas, Texas 75242-1699
> Telephone:   214-659-8616
> Facsimile:   214-659-8809
> Email: russell.fusco@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on January 23, 2018, I effected service of the foregoing document on all interested parties by filing it using the electronic case filing system of the Court.

> */s/ Russell W. Fusco*
> Russell W. Fusco
> Assistant United States Attorney

## **CERTIFICATE OF CONFERENCE**

I certify that on January 22, 2018, the government provided a draft of this report to counsel for all defendants and Novus via email to ask whether they disagreed with any of the representations made herein.

Attorneys for the following defendants indicated that they do not object to the representations made herein: Novus, Bradley Harris (01), Melanie Murphey (03), Syed Aziz (07), Ali Rizvi (11), Tammie Little (12), Taryn Stuart (14), Slade Brown (15).

Attorneys for the following defendants did not respond to indicate disagreement with the status report: Amy Harris (02), Patricia Armstrong (04), Mark Gibbs (05), Laila Hirjee (06), Rezuiddin Siddique (08), Charles Leach (09), Jessica Love (10), Mary Jaclyn Panell (13), and Samuel Anderson (16).

> */s/ Russell W. Fusco*
> Russell W. Fusco
> Assistant United States Attorney