IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO.  3:17-CR-103-M |
| v. | *EX PARTE* AND UNDER SEAL |
| BRADLEY J. HARRIS (01)<br>AMY HARRIS (02) | |

## ORDER

Before the Court is the Government's *Ex Parte* Motion for Arrest and Revocation of Pre-Trial Release, (ECF No. 303).  The motion is **GRANTED.**

The Clerk is directed to issue an Arrest Warrant for Bradley J. Harris (01), and Amy Harris (02).

The government's motion and this order shall remain under seal pending further order of this court.

SO ORDERED.

Signed February 9, 2018.

_____
BARBARA M. LYNN
CHIEF JUDGE

Order—Page 1