**U.S. Department of Justice**

United States Attorney
Northern District of Texas

*1100 Commerce Street, Third Floor*   Main:  214.659.8600
*Dallas, Texas    75242-1699*   Fax:  214.659.8812

February 16, 2018

Magistrate Judge Irma C. Ramirez
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1567
Dallas, Texas 75242

Re:   *United States v. Harris*, Case No. 3:17-CR-103-M

Dear Judge Ramirez:

The government is bringing the attached filing to your attention per the presiding district court's "Order of Referral" in the above-referenced matter.  (Dkt. 308.)

> Very truly yours,
>
> ERIN NEALY COX
> United States Attorney
>
> /s/ *Russell W. Fusco*
> Russell W. Fusco
> Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO.  3:17-CR-103-M |
| BRADLEY J. HARRIS (1) | |

## MOTION FOR DETENTION

The United States moves for detention of defendant, **Bradley J. Harris**, pursuant to Crim. Rule 5(d)(3) and 18 U.S.C. §3142.

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    ____ Crime of violence (18 U.S.C. §3156);

    ____ Maximum sentence life imprisonment or death

    ____ 10 + year drug offense

    ____ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    ____ Serious risk obstruction of justice

    ____ Felony involving a minor victim

    ____ Felony involving a firearm, destructive device, or any other dangerous weapon

    ____ Felony involving a failure to register (18 U.S.C. § 2250)

**Motion for Detention—Page 1**

   __ X __ Violation of State or Federal law while on release pending trial for a felony under Federal, State, or local law

 2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   __ X __ Defendant's appearance as required

   __ X __ Safety of any other person and the community

 3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

   _____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   _____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

   _____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

   _____ Previous conviction for "eligible" offense committed while on pretrial bond

   __ X __ Probable cause to believe Defendant violated terms of pretrial release, 18 U.S.C. § 3148.

 4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

   _____ At first appearance

**Motion for Detention—Page 2**

   __X__ After continuance of __1__ days (not more than 3).

          Respectfully submitted,

          ERIN NEALY COX
          UNITED STATES ATTORNEY

          */s/ Russell W. Fusco*
          Russell W. Fusco
          Assistant United States Attorney
          Texas State Bar No. 24069743
          1100 Commerce Street, Third Floor
          Dallas, Texas  75242-1699
          Telephone: 214-659-8616
          Facsimile: 214-659-8809
          Email: russell.fusco@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendants in accordance with the Federal Rules of Criminal Procedure on this 16th day of February, 2018.

          */s/ Russell W. Fusco*
          Russell W. Fusco
          Assistant United States Attorney