IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

BRADLEY J. HARRIS  (01)
AMY L. HARRIS  (02)

NO. 3:17-CR-103-M

## ORDER TO UNSEAL PLEADINGS

Before the Court is the government's Motion to Unseal Pleadings filed in this matter under docket numbers 303, 304, 305, 307, 308, 309, and 311 related to the government's Ex Parte Motion for Arrest and Revocation of Pre-Trial Release.  (*See* dkt. 305.)  The Court finds that the motion has merit and GRANTS the motion.

IT IS THEREFORE ORDERED that such pleadings be unsealed.

So ORDERED, this 16th day of February, 2018.

IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE

**Order to Unseal—Page 1**