IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | § |
| BRADLEY J. HARRIS (01) | §  No. 3:17-CR-00103-M |
| AMY L. HARRIS (02) | § |
| MARK E. GIBBS (05) | § |
| LAILA N. HIRJEE (06) | § |
| ALI RIZVI (11) | § |
| TAMMIE L. LITTLE (12) | § |

## ORDER

Before the Court are the Motion for Discovery (ECF No. 912), filed by Defendant Ali Rizvi; the Motion for Early Production of Witness Statements (ECF No. 903), and Motion for Notice of Alleged Co-Conspirator Statements (ECF No. 904), both filed by Defendant Mark Gibbs; and the Joint Motion to Compel Disclosure of the Identity of Confidential Informants (ECF No. 906), filed by all of the Defendants.

IT IS ORDERED that the deadline to file the replies to those Motions is March 19, 2021.

**SO ORDERED**.

March 16, 2021.

BARBARA M. G. LYNN
CHIEF JUDGE